IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RICHARD PAYNE, #620984 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv519 |
| WILLIAM STEPHEN, ET AL. | § | |

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that Plaintiff Richard Payne's motion for a preliminary injunction should be denied. Payne has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Payne to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections raised by Payne lack merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation on Payne's motion for a preliminary injunction (docket entry #98) is **ADOPTED**. It is further

**ORDERED** that Payne's's motion for a preliminary injunction (docket entry #94) is **DENIED**.

**It is SO ORDERED**.

SIGNED this 31st day of August, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE